Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−10741−CMG
        Chapter:  13
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Victor Holmkvist
   1 Shearwater Hollow
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−0943

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              3/18/20
Time:             10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 13, 2020
JAN: mrg

                                                Jeanne Naughton
                                                Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                 Case No. 20-10741-CMG
David Victor Holmkvist                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 1            Date Rcvd: Feb 13, 2020
                              Form ID: 132          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db             +David Victor Holmkvist,   1 Shearwater Hollow,   Bayville, NJ 08721-1375
518664834      +Costco Anywhere Visa Card,   Attn: Bankruptcy,   Po Box 6500,   Sioux Falls, SD 57117-6500
518664835      +Costco Anywhere Visa Card,   Po Box 6190,   Sioux Falls, SD 57117-6190
518664837      +Law Offices Honig & Greenberg LLC,   1949 Berlin Rd.,   Ste. 200,   Cherry Hill, NJ 08003-2077
518664840      +PNC Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
518664839      +PNC Bank,   Atn: Bankruptcy Department,   Po Box 94982: Ms: Br-Yb58-01-5,
                Cleveland, OH 44101-4982
518664838      +PNC Bank,   Attn: Bankruptcy,   Po Box 94982: Mailstop Br-Yb58-01-5,   Cleveland, OH 44101-4982
518664841     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
                P.O. Box 245,   Trenton, NJ 08695-0245)
518664843      Toms River Anesthesia Associates,   c/o Pressler & Pressler,   7 Entin Rd.,
                Parsippany, NJ 07054-5020
518664844      +Township of Berkeley,   P. O. Box B,   Bayville, NJ 08721-0287
518664845      +US Bank, NA as Cust For BV Trst 2015-1,   c/o Law Offices Honig & Greenberg LLC,
                1949 Berlin Rd.,   Ste. 200,   Cherry Hill, NJ 08003-2077
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:17      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:14      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518664836       E-mail/Text: cio.bncmail@irs.gov Feb 14 2020 01:08:22      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518664842    ##+Toms River Anesthesia,   409 Main St.,   Toms River, NJ 08753-7418
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.   on behalf of Debtor David Victor Holmkvist courtdocs@oliverandlegg.com,
                R59915@notify.bestcase.com
                                                                                              TOTAL: 3
```