Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 20−10741−CMG
> Chapter: 13
> Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Victor Holmkvist
   1 Shearwater Hollow
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−0943

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 28, 2021.

Dated: June 28, 2021
JAN: dmi

                                                       Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                         Case No. 20-10741-CMG
David Victor Holmkvist                                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                    User: admin                                 Page 1 of 2
Date Rcvd: Jun 28, 2021                            Form ID: plncf13                            Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Victor Holmkvist, 1 Shearwater Hollow, Bayville, NJ 08721-1375 |
| 518791746 | + | BVOO1 REO Blocker, LLC, c/o BlueVirgo Capital Mgmt., LLC, 177 South Beach Ave, Ste. 4, Old Greenwich, CT 06870-1740 |
| 518664834 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518664835 | + | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518664837 | + | Law Offices Honig & Greenberg LLC, 1949 Berlin Rd., Ste. 200, Cherry Hill, NJ 08003-2077 |
| 518664841 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518664842 | + | Toms River Anesthesia, 409 Main St., Toms River, NJ 08753-7418 |
| 518664843 | | Toms River Anesthesia Associates, c/o Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518664844 | + | Township of Berkeley, P. O. Box B, Bayville, NJ 08721-0287 |
| 518664845 | + | US Bank, NA as Cust For BV Trst 2015-1, c/o Law Offices Honig & Greenberg LLC, 1949 Berlin Rd., Ste. 200, Cherry Hill, NJ 08003-2077 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 28 2021 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 28 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518664836 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 28 2021 20:34:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518773292 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2021 20:36:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518664839 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 20:34:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518664838 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 20:34:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518664840 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 20:34:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518752637 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 20:34:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor David Victor Holmkvist courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 5