Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−10741−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   David Victor Holmkvist
   1 Shearwater Hollow
   Bayville, NJ 08721

Social Security No.:
   xxx−xx−0943

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       8/4/21
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $1,367

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 7, 2021
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
David Victor Holmkvist  
    Debtor

Case No. 20-10741-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Jul 07, 2021     Form ID: 137     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | David Victor Holmkvist, 1 Shearwater Hollow, Bayville, NJ 08721-1375 |
| 518791746 | + | BVOO1 REO Blocker, LLC, c/o BlueVirgo Capital Mgmt., LLC, 177 South Beach Ave, Ste. 4, Old Greenwich, CT 06870-1740 |
| 518664835 | + | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518664834 | + | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518664837 | + | Law Offices Honig & Greenberg LLC, 1949 Berlin Rd., Ste. 200, Cherry Hill, NJ 08003-2077 |
| 518664841 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518664842 | + | Toms River Anesthesia, 409 Main St., Toms River, NJ 08753-7418 |
| 518664843 | | Toms River Anesthesia Associates, c/o Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 518664844 | + | Township of Berkeley, P. O. Box B, Bayville, NJ 08721-0287 |
| 518664845 | + | US Bank, NA as Cust For BV Trst 2015-1, c/o Law Offices Honig & Greenberg LLC, 1949 Berlin Rd., Ste. 200, Cherry Hill, NJ 08003-2077 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2021 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2021 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518664836 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2021 20:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518773292 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2021 11:35:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518664839 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2021 20:40:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518664838 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2021 20:40:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518664840 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2021 20:40:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518752637 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2021 20:40:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 07, 2021 | Form ID: 137 | Total Noticed: 18

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor David Victor Holmkvist courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 5