UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

OLIVER & LEGG, LLC
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

Order Filed on August 5, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAVID VICTOR HOLMKVIST,

      Debtor

| | |
|---|---|
| Case No.: | 20-10741 |
| Chapter: | 13 |
| Hearing Date: | 8/4/21 @ 12:00 pm |
| Judge: | Christine M. Gravelle |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

DATED: August 5, 2021

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $_____1,367_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____1,367_____. The allowance shall be payable:

- ☑ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,533_____ per month for __42__ months to allow for payment of the aforesaid fee.