Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 20−10741−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  David Victor Holmkvist
  1 Shearwater Hollow
  Bayville, NJ 08721

Social Security No.:
  xxx−xx−0943

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 5/18/22 at 09:00 AM

to consider and act upon the following:

*48* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/6/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 5/9/22

                                          Jeanne Naughton  
                                          Clerk, U.S. Bankruptcy Court