Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−10741−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  David Victor Holmkvist
  1 Shearwater Hollow
  Bayville, NJ 08721

Social Security No.:
  xxx−xx−0943

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/19/22.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 19, 2022
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
David Victor Holmkvist  
    Debtor

Case No. 20-10741-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: May 19, 2022      Form ID: 148      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Victor Holmkvist, 1 Shearwater Hollow, Bayville, NJ 08721-1375 |
| 518791746 | + | BVOO1 REO Blocker, LLC, c/o BlueVirgo Capital Mgmt., LLC, 177 South Beach Ave, Ste. 4, Old Greenwich, CT 06870-1740 |
| 518664837 | + | Law Offices Honig & Greenberg LLC, 1949 Berlin Rd., Ste. 200, Cherry Hill, NJ 08003-2077 |
| 518664841 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518664842 | + | Toms River Anesthesia, 409 Main St., Toms River, NJ 08753-7418 |
| 518664844 | + | Township of Berkeley, P. O. Box B, Bayville, NJ 08721-0287 |
| 518664845 | + | US Bank, NA as Cust For BV Trst 2015-1, c/o Law Offices Honig & Greenberg LLC, 1949 Berlin Rd., Ste. 200, Cherry Hill, NJ 08003-2077 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 19 2022 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 19 2022 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518664834 | + | EDI: CITICORP.COM | May 20 2022 00:28:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 518664835 | + | EDI: CITICORP.COM | May 20 2022 00:28:00 | Costco Anywhere Visa Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518664836 | | EDI: IRS.COM | May 20 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518773292 | | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 20:35:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518664839 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2022 20:31:00 | PNC Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518664838 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2022 20:31:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518664840 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2022 20:31:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518752637 | | Email/Text: Bankruptcy.Notices@pnc.com | May 19 2022 20:31:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 518664843 | | Email/Text: signed.order@pfwattorneys.com | May 19 2022 20:31:00 | Toms River Anesthesia Associates, c/o Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054-5020 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor David Victor Holmkvist courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 5